AO 91 (Rev. 08/09) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

JAN 21 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>DIEGO-Avellaneda, Victor Hugo<br>11/28/1985<br><br>*Defendant(s)* | )<br>)<br>) Case No. DR:25-175M-01<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  2025-01-19  in the county of  Maverick  in the  Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 554 | Smuggling of Goods Out of the United States (Firearms) |

This criminal complaint is based on these facts:

On January 19, 2025, Customs and Border Protection Officers (CBPO) conducting outbound operations at Eagle Pass International Port of Entry Bridge #1 encountered Lawfully Admitted Resident Victor Hugo DIEGO-Avellaneda as the driver of a red Nissan Frontier Pickup. DIEGO-Avellaneda gave CBPOs a negative declaration for having any weapons, ammunition, currency, or any other contraband or prohibited items. During a search of DIEGO-Avellaneda's vehicle, CBPOs found two large duffel bags containing 40 rifles, 6 shotguns, 1 pistol, 80 magazines, and 2 rifle scopes.

Homeland Security Investigations (HSI) Eagle Pass Special Agents (SA) responded and conducted a post-Miranda interview of DIEGO-Avellaneda . Upon interview, DIEGO-Avellaneda admitted he knew he was smuggling the firearms and magazines to Mexico and was being paid approximately $100 for each firearm he smuggled to Mexico. DIEGO-Avellaneda further admitted that eleven (11) of the firearms in the weapon load belonged to him. DIEGO-Avellaneda stated he knew it was illegal to smuggle firearms from the United States to Mexico.

The facts of the case were relayed to an Assistant United States Attorney (AUSA) who accepted prosecution of DIEGO-Avellaneda for violation of Title 8 USC 554, Smuggling of Goods from the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Ariel Morales HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/21/2025

*Judge's signature*

City and state: Del Rio, Texas

United States Magistrate Judge Joseph Cordova
*Printed name and title*