UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. DR-25-CR-00353-EG |
| | ) |
| VICTOR HUGO DIEGO-AVELLANDEDA, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S NOTICE OF APPEARANCE OF FORFEITURE COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Patricia J. Acosta is assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Patricia J. Acosta be added to the docket in the instant cause.

Respectfully submitted,

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By:  /s/
PATRICIA J. ACOSTA
Assistant U.S. Attorney
Texas Bar #90001590
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884
Email: patricia.acosta@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participant:

**Sostenes Mireles, II**
Email: mireleslawoffice@gmail.com
Attorney for Defendant Victor Hugo Diego-Avellaneda

/s/
PATRICIA J. ACOSTA
Assistant United States Attorney